| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Graber, Susan P. | 2. Court or Organization U.S. Court of Appeals 9th Circuit | 3. Date of Report 04/22/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address The Pioneer Courthouse 700 SW 6th Ave Portland OR 97204 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1988 | Oregon Public Employee's Retirement Systems (PERS) with former employer when I was a state court judge. (statutorily defined benefits, no control) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graber, Susan P. | 04/22/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Portland General (retirement income) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Lewis and Clark Law School | Feb 6-9, 2009 | Cambridge Mass | National Animal Law Competition at Harvard Law School | Travel, food and lodging |
| 2. | Brooklyn Law School | April 2-4, 2009 | Brooklyn NY | Prince Moot Court Competition | Travel, food and lodging |
| 3. | American Bar Association | May 29-31, 2009 | Chicago, IL | Appellete Practice Institute | Travel, food and lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graber, Susan P. | 04/22/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graber, Susan P. | 04/22/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Charles Schwab Cash Reserves #1 | A | Dividend | J | T | | | | | |
| 2. | Charles Schwab Cash Reserves #2 | A | Dividend | J | T | | | | | |
| 3. | Charles Schwab Cash Reserves #3 | A | Dividend | J | T | | | | | |
| 4. | Oregon Savings Growth Plan | | None | K | T | | | | | |
| 5. | PERS account (See description in Part II (1)) | | None | N | W | | | | | |
| 6. | Family Farm LLC - appraisal dated 5/28/98 | D | Distribution | M | Q | | | | | |
| 7. | IRA #1 - reported in the aggregate | E | Dividend | | | | | | | |
| 8. | --Vanguard Short Term Bond Index Fund | | | M | T | Sold (part) | 5/21/09 | M | | |
| 9. | --Vanguard Index 500 | | | L | T | | | | | |
| 10. | --Vanguard Mid-Cap Index | | | L | T | | | | | |
| 11. | --Vanguard Total Stock Market Index | | | M | T | Buy (add'l) | 5/21/09 | L | | |
| 12. | --Vanguard GNMA Fund | | | M | T | | | | | |
| 13. | --Janus Overseas Fund | | | L | T | Buy | 5/22/09 | K | | |
| 14. | IRA #2 - reported in the aggregate | E | Dividend | | | | | | | |
| 15. | --Vanguard Short Term Bond Index Fund | | | | | Sold (part) | 6/30/09 | K | | |
| 16. | --Vanguard Short Term Bond Index Fudn | | | M | T | Sold (part) | 9/17/09 | K | | |
| 17. | --Enron Common Stock | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graber, Susan P. | 04/22/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Schwab US Treasury Money Market Funds | | | L | T | | | | | |
| 19. --Vanguard Developed Markets Index Fund | | | | | Sold | 2/13/09 | L | | |
| 20. --Schwab Core Equity Fund | | | | | Sold | 2/13/09 | L | | |
| 21. --Vanguard GNMA Fund | | | N | T | Sold (part) | 8/7/09 | L | | |
| 22. --Vanguard Inflation Protected Securities | | | L | T | Buy | 2/17/09 | L | | |
| 23. --Vanguard Short Term Federal Fund | | | L | T | Buy | 2/17/09 | L | | |
| 24. --Cohen & Steers Realty Fund | | | L | T | Buy | 9/18/09 | K | | |
| 25. --Janus Overseas Fund | | | L | T | Buy | 10/22/09 | K | | |
| 26. --Vanguard International Explorer Fund | | | L | T | Buy | 7/1/09 | K | | |
| 27. --Vanguard Primecap Core Fund | | | M | T | Buy | 8/10/09 | L | | |
| 28. --IShares Small Cap Value ETF | | | | | Buy | 5/20/09 | K | | |
| 29. --IShares Small Cap Value ETF | | | | | Sold | 12/3/09 | L | | |
| 30. --Vanguard Total Stockmarket Index Fund | | | M | T | Buy | 5/20/09 | M | | |
| 31. IRA #3 --Fidelity Spartan International Index Fund | A | Dividend | K | T | | | | | |
| 32. Trust #1 | | | | | | | | | |
| 33. --Schwab US Treasury Money Market Fund | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graber, Susan P. | 04/22/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, lines 1-3: The Charles Schwab Cash Reserve funds are cash-equivalent funds. Each account is listed separately.

Part VII - IRA accounts, lines 7,14, & 31. Gains and losses are not reported to us in detail in these accounts.

Part VIII - line 32 Trust #1 was liquidated in 2009.

| Name of Person Reporting | Date of Report |
|---|---|
| Graber, Susan P. | 04/22/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544